**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Charles Pollock, Jr.,                                    Case No. 21-cv-2043 (PJS/DTS)

     Plaintiff,

v.                                                                **ORDER**

Warden S. Kallis,

     Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated December 7, 2021. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:  this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 10, 2022                          s/Patrick J. Schiltz_____
                                                                Patrick J. Schiltz
                                                                United States District Judge